STATE, Respondent, v. H. M. LABORATORIES, INC., and others, Appellants.

*No. 337.    Submitted under sec. (Rule) 251.54 September 11, 1973.—*
*Decided October 2, 1973.*
(Also reported in 210 N. W. 2d 771.)

For the appellants the cause was submitted on the brief of *Walther & Halling,* of Milwaukee, and *Westring & Martinson, Chartered,* of Green Bay, attorneys, and *David L. Walther* and *Virginia W. Sperry* of counsel, both of Milwaukee.

For the respondent the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *Bruce A. Craig,* assistant attorney general.

PER CURIAM. The complaint in this case states facts sufficient to constitute a cause of action against the defendants for an injunction to restrain an alleged violation of ch. AG 122 of the Wisconsin Administrative Code. Therefore the demurrers were properly overruled. The constitutional issues raised by the defendants are not before this court on appeal from an order overruling demurrers to sufficiency of the allegations of the complaint to establish a cause of action.

The order is affirmed.